IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:18-00035

DUDLEY BLEDSOE

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion requesting early release from his term of supervised release. (ECF No. 39). The court has considered defendant's background, his performance while on supervised release, and the recommendation of the United States Probation Office. The government does not object to defendant's motion. The court is of the opinion that this is an appropriate case for early termination of supervised release.

Based on the foregoing, defendant's motion is **GRANTED**. It is therefore **ORDERED** that defendant be released from his term of supervised release effective immediately.

The Clerk is directed to send a copy of this Order to counsel of record, and to the Probation Office of this court.

**IT IS SO ORDERED** this 6th day of December, 2022.

ENTER:

David A. Faber
Senior United States District Judge